## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Hamin Azeez GRAY, Petitioner

No. 469 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Maria HEDDLESTON and Brian Heddleston, Her Husband

v.

OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES OF PITTSBURGH INC. db/a/ OB/GYN Associates of Pittsburgh, Renata D. Hoca, M.D., Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Magee–Women's Hospital–UPMC and UPMC

Petition of: Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D.

Maria Heddleston and Brian Heddleston, Her Husband

v.

Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a OB/GYN Associates of Pittsburgh, Renata D. Hoca, M.D., Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Magee–Women's Hospital–UPMC and UPMC

Petition of: Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D.

Maria Heddleston and Brian Heddleston, Her Husband

v.

Obstetrical and Gynecological Associates of Pittsburgh Inc. d/b/a/ OB/GYN Associates of Pittsburgh, Renata D. Hoca, M.D., Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Magee–Women's Hospital–UPMC and UPMC

Petition of: Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of

Pittsburgh, Nancy Brent, M.D.

No. 452 WAL 2016
No. 453 WAL 2016
No. 454 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dustin Joseph MILLER, Petitioner**

**No. 785 MAL 2016**

Supreme Court of Pennsylvania.

March 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael WITMAYER, Petitioner**

**No. 781 MAL 2016**

Supreme Court of Pennsylvania.

March 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Earl Calvin HANDFIELD,**
**II, Petitioner**

**No. 763 MAL 2016**

Supreme Court of Pennsylvania.

March 28, 2017